# United States District Court
# Eastern District of California
## Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATE/CASE NO. 3:09-mj-0055 CMK |
| ) | |
| vs. ) | **ORDER TO APPEAR** |
| ) | |
| Christina Navarette ) | |
| _____ ) | |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on 12-16-09, at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 1-17-09

_Christy L. Piro_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

**FILED**

NOV 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _Christy L. Piro_
DEPUTY CLERK